April 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BRIAN BUTLER, Appellant

NO. 14-12-00191-CR                    V.

THE STATE OF TEXAS, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on .  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.